# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN FLORES, *on behalf of the Class and Class Members*,<br><br>Plaintiff,<br><br>v.<br><br><br>POINT PICKUP TECHNOLOGIES,<br><br><br>Defendant. | Case No.  1:22-cv-0193-JLT-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 48) |

On June 5, 2026, the parties filed a joint stipulation dismissing the action without prejudice.  (Doc. 48).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE